# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KEVIN C. WILLIAMS,

      **Plaintiff,**

      **v.**                                    **Case No. 25-CV-1056**

**EASTERN DISTRICT OF FEDERAL
COURT,**

      **Defendant.**

## RECOMMENDATION DISMISSING COMPLAINT[1]

Plaintiff Kevin C. Williams initiated this action by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket # 1.) Although Williams paid the $5.00 filing fee for a habeas petition, he is clearly not a state prisoner challenging a judgment of conviction. Rather, Williams' allegations relate to his prior bankruptcy proceedings that resolved several years ago. *See In re Williams*, No. 11-24658-GMH, 2024 WL 696248 (Bankr. E.D. Wis. Feb. 20, 2024) (explaining the history of Williams' bankruptcy actions).

It appears that Williams' habeas petition requests for this Court to reinstate Chief Judge Pepper's 2012 decision in the bankruptcy proceeding. But Williams may not use this Court to relitigate or open previously closed bankruptcy proceedings. And a writ of habeas corpus pursuant to § 2254 is not the proper vehicle for Williams to pursue civil damages; it is for state prisoners currently incarcerated and challenging their sentence as unconstitutional. However, if Williams has a viable civil claim for which this Court can provide relief, he shall

---

[1] Because the defendant has not yet appeared and had an opportunity to consent or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the screening of the plaintiff's complaint. *See Coleman v. Labor and Industry Review Commission*, 860 F.3d 461 (7th Cir. 2017).

submit a complaint for a civil action along with the corresponding $405.00 filing fee, or in lieu thereof, a motion to proceed *in forma pauperis*. It is therefore recommended that Williams' habeas petition be dismissed.

      **NOW, THEREFORE, IT IS RECOMMENDED** that Williams' petition for a writ of habeas corpus (Docket # 1) be dismissed.

      Dated at Milwaukee, Wisconsin this 30th day of July, 2025.

BY THE COURT:

_____

NANCY JOSEPH
United States Magistrate Judge